## STATE OF CONNECTICUT *v.* JOSE A. FALCON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 26 Conn. App. 259, is denied.

*Jack W. Fischer,* deputy assistant state's attorney, in support of the petition.

*Susan M. Hankins,* assistant public defender, in opposition.

Decided January 30, 1992

## STATE OF CONNECTICUT *v.* JOSE A. FALCON

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 259, is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Jack W. Fischer,* deputy assistant state's attorney, in opposition.

Decided January 30, 1992

## STATE OF CONNECTICUT *v.* BERNARD BEWRY

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 242, is denied.

*Bernard Bewry,* pro se, in support of the petition.

Decided February 5, 1992

## CONNECTICUT BANK AND TRUST COMPANY, INC. *v.* GEOFFREY J. WINTERS ET AL.

The defendant Paine Webber Jackson and Curtis, Inc.'s petition for certification for appeal from the